# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Suck Bang Blow, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>Horry County,<br><br>              Defendant. | Civil Action No. 4:12-cv-01490-JMC<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter is before the court pursuant to Defendant Horry County's Notice Of Motion And Motion To Dismiss [Dkt. No. 18]. On October 11, 2012, this court granted Attorney Willard Hanna's Motion To Be Relieved As Counsel [Dkt. No. 12] for Plaintiff. The court also ruled that it would dismiss Plaintiff's lawsuit pursuant to FED. R. CIV. P. 41 for failure to prosecute if Plaintiff did not retain substitute counsel by November 16, 2012. To date no attorney has entered an appearance for Plaintiff. Therefore, Plaintiff's lawsuit is dismissed with prejudice. See FED. R. CIV. P. 41(b) ("Unless the dismissal order states otherwise, a dismissal under this subdivision (b)…operates as an adjudication on the merits."); *Singletary v. S.C. Dept. of Educ.*, Civil Action No. 3:11–cv–01449–MBS–BHH, 2012 WL 1790307, *1 (D.S.C. May 14, 2012) (noting that an adjudication on the merits is a dismissal with prejudice).

    **IT IS SO ORDERED.**

                                          *J. Michelle Childs*
                                        United States District Judge

Florence, South Carolina
December 18, 2012